1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   THI HOANG HO (Cal. Bar No. 293978)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0596
7       Facsimile: (213) 894-0141
        E-mail:    Thi.Ho@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11

12                    UNITED STATES DISTRICT COURT

13               FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 | UNITED STATES OF AMERICA,        | No. 2:25-mj-03509

15 |        Plaintiff,                | MOTION TO DISMISS COMPLAINT
                                      | WITHOUT PREJUDICE AGAINST
16 |        v.                        | DEFENDANT PURSUANT TO FEDERAL RULE
                                      | OF CRIMINAL PROCEDURE 48(a)
17 | RUSSELL GOMEZ DZUL,
      aka "RUSSELL OZUL GOMEZ,"
18    aka "RUSSELL DZUL GOMEZ,"

19          Defendant.

20

21

22      The United States Attorney for the Central District of

23 California hereby requests leave of the Court to dismiss the

24 complaint against defendant RUSSELL GOMEZ DZUL, also known as

25 ("aka") "RUSSELL OZUL GOMEZ," aka "RUSSELL DZUL GOMEZ," without

26 prejudice.

27      The government's request for dismissal is made in good faith

28 and in the interest of justice.  The law "generally require[s] a

                                     1

district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. <u>United States v. Gonzalez</u>, 58 F.3d 459, 462 (9th Cir. 1995).

    Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendant pursuant to Federal Rule of Criminal Procedure 48(a).  The government further requests that defendant be released from the custody of the U.S. Marshals solely on this charge.

Dated: June 18, 2025          Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


                          /s/
THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA