FILED
2025 JUN -9 AM 9:03
CLERK U.S. DIST...
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. | 25 mj 3509-Duty |
| PLAINTIFF | |
| Russell GOMEZ DZUL | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/7/2025    1530    ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 111(a)(1)

5. Offense charged is a:  ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☑ Yes   Language: Spanish

7. Year of Birth: 1981

8. Defendant has retained counsel: ☑ No
   ☐ Yes   Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Steve Yoon    (please print)

12. Office Phone Number: 562-972-7816    13. Agency: Homeland Security Invest

14. Signature: [signature]    15. Date: 6/7/2025

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION